# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIPNOSE LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1396 |
| | ) |
| APTARGROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sipnose Ltd. and Defendant AptarGroup, Inc. stipulate, through their undersigned counsel, that all claims and counterclaims between the parties in this action are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 18, 2024

*/s/ Andrew C. Mayo*
Andrew C. Mayo (#5207) Ashby & Geddes
500 Delaware Avenue, 8th Floor P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorney for Plaintiff*

*/s/ Katharine L. Mowery*
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
farnan@rlf.com
mowery@rlf.com

*Attorneys for Defendant AptarGroup, Inc.*

IT IS SO ORDERED.
September 18, 2024

BY THE COURT:
*/s/ Joel H. Slomsky, J.*
_____
JOEL H. SLOMSKY, J.